United States Bankruptcy Court
District of Maryland

In re:                                                                                                                    Case No. 24-12655-DER
Richard L. Potocek                                                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                                                User: admin                                                    Page 1 of 3
Date Rcvd: Jul 12, 2024                                      Form ID: 318                                              Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard L. Potocek, 741 Live Oak Drive, Millersville, MD 21108-1847 |
| 32503244 | + | BetrLink, LLC, 222 Broadway, Fl. 19 New York, New York, New York, NY 10038-2510 |
| 32503248 | + | Dore J. Lebowitz, Esq., Maryland Motor Vechicle Administation, 6601 Ritchie Highway, NE, Glen Burnie, MD 21062-1000 |
| 32503249 | + | Freedom Federal Credit Union, Attn: Bankruptycy, Po Box 1545, Bel Air, MD 21014-7545 |
| 32503252 | + | Laurie H. Lyons, Lyons, Doughty & Veldhuis, P.C., 5 Greentree Centre, 525 RT. 73 North, Suite 400, Marlton, NJ 08053-3422 |
| 32503254 | + | Maryland Attorney General, 200 St Paul Pl., Baltimore, MD 21202-5994 |
| 32503262 | + | Ting Yang, Zwicker & Associates, PC, 6 Montgomery Village Ave, Suite 505, Gaithersburg, MD 20879-3596 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jul 12 2024 19:13:00 | American Express National Bank, c/o Zwicker & Assoicates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 32503238 | + | Email/Text: bncnotifications@pheaa.org | Jul 12 2024 19:12:00 | AES/PNC Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 32503237 | + | Email/Text: bncnotifications@pheaa.org | Jul 12 2024 19:12:00 | AES/PNC Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 32503236 | + | Email/Text: bncnotifications@pheaa.org | Jul 12 2024 19:12:00 | Aes/m&taselt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 32510924 | + | Email/Text: bkfilings@zwickerpc.com | Jul 12 2024 19:13:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 32503239 | + | Email/PDF: bncnotices@becket-lee.com | Jul 12 2024 19:17:44 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 32503241 | | EDI: BANKAMER | Jul 12 2024 23:03:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 32503240 | + | EDI: BANKAMER | Jul 12 2024 23:03:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 32503242 | + | EDI: TSYS2 | Jul 12 2024 23:03:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 32503243 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 12 2024 19:17:42 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 32503246 | + | EDI: CITICORP | Jul 12 2024 23:03:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 32503253 | | EDI: CITICORP | Jul 12 2024 23:03:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 32503247 | + | EDI: DISCOVER | Jul 12 2024 23:03:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 32503250 | + | Email/Text: bk@freedomfinancialnetwork.com | | |

| District/off: 0416-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2024 | Form ID: 318 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 12 2024 19:12:00 | FreedomPlus, Attn: Bankruptcy, 1875 South Grant St, Ste 400, San Mateo, CA 94402-2676 |
| 32503251 | | Email/Text: specialhandling@glasserlaw.com | Jul 12 2024 19:12:00 | Glasser and Glasser, P.L.C., P.O. Box 3400, Norfolk, VA 23514 |
| 32503245 | | EDI: JPMORGANCHASE | Jul 12 2024 23:03:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 32503255 | | Email/Text: mdtaoag@mdta.state.md.us | Jul 12 2024 19:13:00 | Maryland Transportation Authority, 2310 Broening Highway, Baltimore, MD 21224 |
| 32503256 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 12 2024 19:12:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 32503257 | + | Email/PDF: ebnotices@pnmac.com | Jul 12 2024 19:17:50 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 32503258 | + | EDI: WFFC2 | Jul 12 2024 23:03:00 | Raymond & Flannigan/Wffnatlbnk, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 32503259 | + | Email/Text: EBN@Mohela.com | Jul 12 2024 19:12:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, Po Box 1022, Chesterfield, MO 63006-1022 |
| 32503260 | + | EDI: SYNC | Jul 12 2024 23:03:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32503261 | + | EDI: LCITDAUTO | Jul 12 2024 23:03:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 32503263 | + | Email/Text: bankruptcy@bbandt.com | Jul 12 2024 19:13:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-0129 |
| 32503264 | | Email/Text: bknotice@upgrade.com | Jul 12 2024 19:12:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 32503266 | + | EDI: USAA.COM | Jul 12 2024 23:03:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:**

District/off: 0416-1 | User: admin | Page 3 of 3
Date Rcvd: Jul 12, 2024 | Form ID: 318 | Total Noticed: 33

| Name | Email Address |
|---|---|
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Marc H. Baer | mbaer@waldmangrossfeld.com  md09@ecfcbis.com |

TOTAL: 2

Entered: July 12, 2024
Signed:  July 12, 2024

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Richard L. Potocek** | Social Security number or ITIN  **xxx–xx–5690** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Maryland** | |
| Case number:  **24–12655 DER**  Chapter: **7** | | |

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard L. Potocek

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**