Entered: July 16, 2024
Signed:  July 16, 2024

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:  Case No.:  24−12655 − DER    Chapter:  7

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Richard L. Potocek
741 Live Oak Drive
Millersville, MD 21108

Social Security No.:  xxx−xx−5690

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 3/29/24.

The estate of the above−named debtor has been fully administered.

ORDERED, that Marc H. Baer is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** − *admin*